

**McCalla Raymer Leibert Pierce, LLC**

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
www.mccalla.com

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

MEMO ENDORSED

March 25, 2020

*Via ECF*

Hon. Nelson S. Roman, United States District Judge
United States District Court, Southern District of New York
Hon. Charles L. Brieant, Jr. United States Court House
300 Quarropas Street
White Plains, NY 10601-4150

Re: **Donald P. Rosendale v. Mr. Cooper Group, Inc. et al., Case No. 7:19-cv-09263-NSR**

Dear Judge Roman:

This firm represents Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Defendant") in the above captioned matter. I write to request a brief adjournment of the briefing schedule related to Defendant's proposed motion to dismiss.

Pursuant to the Court's Order dated February 20, 2020 (Docket No. 23), Defendant's Motion To Dismiss is due to be served on March 27, 2020, with Plaintiff's opposition due April 27, 2020 and Defendant's Reply due May 12, 2020. Defendant respectfully requests that the dates set forth above be adjourned one week, so that Defendant's motion to dismiss will be due April 3, 2020, Plaintiff's opposition will be due May 4, 2020 and Defendant's Reply will be due May 17, 2020. I have discussed this request with Plaintiff, who has indicated to me that he did not object to the requested adjournment.

---

Defts' request for an extension of the briefing schedule is granted as follows: Defts' moving papers shall be served **(not filed)** April 3, 2020; Pltf's opposition papers shall be served **(not filed)** May 4, 2020; and Defts' reply papers shall be served May 17, 2020. Defts' shall file all motion papers including Pltf's opposition papers, on May 17, 2020. As long as Judge Román's Emergency Rules remain in place, copies shall be delivered to chambers in electronic form. Clerk of the Court requested to terminate the motion (doc. 30).
Dated: March 27, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020



ALABAMA    ILLINOIS
CALIFORNIA    MISSISSIPPI
CONNECTICUT    NEVADA
FLORIDA    NEW JERSEY
GEORGIA    NEW YORK

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

Please do not hesitate to contact the undersigned at (732) 902-5397 or at charles.jeanfreau@mccalla.com with any questions or concerns.

Respectfully submitted,

___/s/ Charles H. Jeanfreau_____
Charles H. Jeanfreau, Esq.
McCalla Raymer Leibert Pierce, LLC

CC:  Donald P. Rosendale, via ecf and electronic mail

*To the extent McCalla Raymer Leibert Pierce, LLC is deemed a "debt collector" under federal law, this is an attempt to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or have received a bankruptcy discharge, this letter is for informational purposes only and is not intended to be an attempt to collect a debt or an act to collect, assess or recover any portion of the debt from you personally.*

*Assert and protect your rights as a member of the Armed Forces of the United States. If you or your spouse is serving on active military duty, including active military duty as a member of the New York National Guard or the National Guard of another state, or as a member of a reserve component of the Armed Forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.*