**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Donald P. Rosendale,

                                         Plaintiff,

                    -against-

Mr. Cooper Group Inc. et al.,

                                         Defendants.
-----------------------------------------------------------------X

7:19-cv-09263-NSR-VR

<u>**ORDER**</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_   6/26/2023   _
```

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 14, 2023, this Court issued a Scheduling Order, setting a Pre-Settlement Telephone Conference for July 25, 2023, at 10:00 AM. (ECF 208). Since then, the parties have filed letters expressing uncertainty over whether the scheduled conference is a Settlement Conference or a *Pre*-Settlement Conference. The Court reiterates that the scheduled conference is a *Pre*-Settlement Conference, during which the parties are expected to discuss the details related to a Settlement Conference that will be scheduled at a later date.

The Court is in receipt of the various letters the parties have filed on ECF as well as through email. (ECF Nos. 205, 206, 207, 209, 210, 212). Although these letters appear to be directed to the Court, several read more like letter-writing campaigns between the parties. The Court cautions the parties that "[c]opies of correspondence between counsel or parties *must not* be filed or sent to the Court, except as exhibits to an otherwise properly filed document." (Judge Reznik's Individual Practices at Section 1A) (emphasis added). Any further issues bearing upon settlement discussions between the parties will be discussed at the July 25, 2023, Pre-Settlement Telephone Conference.

**SO ORDERED.**

DATED:      White Plains, New York
               June 26, 2023

VICTORIA REZNIK
United States Magistrate Judge