# EXHIBIT R

| MOD_LOA | PAY_TYPE | Transaction Description | TXN_DT | POST_DT | PYMT_AMT | ACTN_CD | NOTE_TXT | TXN_STS_ | TXN_STS_CD_DESC |
|---|---|---|---|---|---|---|---|---|---|
| 8884 | 44 | Unscheduled Payment - | 8/12/2017 | 8/12/2017 | $ 500.00 | 44 | ***Loan Admin - Draw Request rec 8 | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 10/3/2017 | 10/3/2017 | $ 250.00 | 44 | ***Loan Admin - Draw Request rec 0 | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 12/11/2017 | 12/11/2017 | $ 1,000.00 | 44 | ***Loan Admin - Draw Request rec 1 | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 4/6/2018 | 4/6/2018 | $ 250.00 | 44 | ***Loan Admin - Draw Request rec 0 | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 6/20/2018 | 6/20/2018 | $ 250.00 | 44 | ***Loan Admin - Draw Request rec 0 | 1 | Active |
| 8884 | 91 | Unscheduled Payment - | 10/29/2018 | 10/29/2018 | $ 2,789.00 | 91 | ***Loan Admin - Posting funds for In | 1 | Active |
| 8884 | 81 | Part Pre-Payment - Incre | 11/14/2018 | 11/15/2018 | $ (2,789.00) | 81B | AS - SWBC Funds applied iao $2789 a | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 12/13/2018 | 12/13/2018 | $ 1,500.00 | 44 | ***Loan Admin - Draw Request rec 1 | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 1/22/2019 | 1/22/2019 | $ 3,000.00 | 44 | ***Loan Admin - Draw Request rec 0 | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 2/6/2019 | 2/6/2019 | $ 1,000.00 | 44 | ***Loan Admin - Draw Request rec 0 | 1 | Active |
| 8884 | 90 | Unscheduled Payment - | 2/11/2019 | 2/11/2019 | $ 7,265.95 | 90 | ***Loan Admin - Posting funds for D | 1 | Active |
| 8884 | 81 | Part Pre-Payment - Incre | 3/25/2019 | 3/25/2019 | $ (7,265.95) | 81A | AS-Tax received on 03/25/2018 in th | 1 | Active |
| 8884 | 90 | Unscheduled Payment - | 5/21/2019 | 5/21/2019 | $ 7,196.88 | 90 | ***Loan Admin - Paying taxes per re | 1 | Active |
| 8884 | 81 | Part Pre-Payment - Incre | 7/5/2019 | 7/5/2019 | $ (7,196.88) | 81A | Adjustment- Tax refund received on | 1 | Active |
| 8884 | 90 | Unscheduled Payment - | 8/22/2019 | 8/22/2019 | $ 7,473.60 | 90 | ***Loan Admin - Posting funds for D | 1 | Active |
| 8884 | 44 | Unscheduled Payment - | 3/13/2020 | 3/13/2020 | $ 750.00 | 44 | ***Loan Admin - Draw Request rec 03/12/2020 iao $750.00 Verified form fraud check completed and LOC draw processed by UWILLIAMS | 1 | Active |

**SKEY 304067**
**NO T&I DEFAULT**
**CHAMPION HISTORY**
**ANNIE SCOTT**