UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK (White Plains)
-----------------------------------------------------------------x
DONALD P. ROSENDALE                  : Index: 7:2019cv-09263
                                           :
                 Plaintiff       :
V.                                    :
                                          :

MR. COOPER GROUP INC. d/b/a/        :
NATIONSTAR MORTGAGE,           :
NATIONSTAR MORTGAGE LLC  Directly and :
As  Loan Servicer for an Unspecified     :
Nationstar HECM  Acquisition Trust, Champion  :
Mortgage and Dr. Ben Carson in his capacity   :
As Secretary of the U.S. Department of Housing  :
And Urban Development              :
                                         :
             Defendants       :
----------------------------------------------------------- x

# VOLUME II
## Sworn affidavit with Exhibits

Donald P. Rosendale, *pro se*
4848 Route 44
Amenia, N.Y. 12501
(845)373-9017

May 31, 2023

## PRELIMINARY STATEMENT

This omnibus affidavit is submitted by the self-represented plaintiff, Donald

P. Rosendale, in opposition to the defendants' FRCP 56 motion for summary

judgement on the First (RESPA), Second (Conversion), Fourth (gross negligence),

Sixth (misleading Exhibits violating GBL 349), Eighth (a declaratory judgement

that the mortgage does not secure the note) and Ninth (Negligent infliction of

emotional distress) Causes of Action. The history in my accompanying

memorandum law is condensed to allow  complex s events be easily understood.

This affidavit introduces the actual Exhibits/

To fully grasp my injuries in this action, start at the beginning, not mid-

stream as does Anthony Vaughn Esq., counsel for Mr. Cooper. [1] [2]

### *The beginning*

I have lived for 41 years on the farm at 4848 Route 44, Amenia. Historic

Amenia maps show my property as the "McEnroe Estate." McEnroe bequeathed it

to his handyman Joseph Cassidy and wife Anna Cassidy. Their deed was printed

on 10" x14" sized legal paper.  (R-Exhibit 1)

---

[1] This affidavit conforms to my testimony at deposition (relevant parts of which are attached), supplemented by information subsequently unearthed, as well as responses I would have given to questions if they had been asked during the 10 hours I was examined, and amplifying statements where I have subsequently found Exhibits correcting my memory.
[2] The reference key is as follows: V= is Exhibituments introduced by Mr. Vaughn, D= is Exhibits introduced by Mr. Delpesche, and R=is those introduced by me.

In 1982 when I bought my home, the Title on my mortgage was prepared by Feldman-Jacobson Abstract and insured by Chicago Title, a subsidiary of Federal National Financial (The "Feldman title"). Feldman copied the 8x14 Cassidy deed on a copying machine set up for only 8 x 11.5 papers thereby cutting off two inches of property description, omitting about 40 of my 103 acres (V-Exhibit 14, D Exhibit 1)).



On April 16, 1986, I took a $180,000 mortgage with Chemical Bank (now JPMorgan Chase). I had a survey by Charles Miller together with a property description restoring that part of the Title left off in 1982 by Feldman. (R-Exhibit 2)

In around 1999, I sold a cooperative apartment in Manhattan where I had an "umbrella" property insurance policy, which I cancelled and then took an Amenia-specific one. Champion said the new policy was adequate prospectively but the cancelled umbrella insurance had not sufficiently described the Amenia property, and demanded insurance premiums to cover the historic 1997-1998 period and began a foreclosure for non-payment of $6,720 which it said it had retroactively paid for "forced placed" property insurance. (*Chase Manhattan v. Rosendale*, Dutchess County Index 2740/1999). Justice Hillary in state court dismissed the action on January 31, 1999 because Chase had sold my mortgage to US. Trust of California and lacked standing.

2

The New York State Insurance Commissioner issued an opinion letter specific to me that a lender cannot backdate insurance.   Chase, however, refused to accept my payments and continued to report me to credit agencies as being in foreclosure, destroying my credit and so on January 18, 2001, represented by the firm of  Sall, Caltagirone and Coleman, I filed actions against Chase and U.S. Trust of California  seeking damages for defamation. (*Rosendale v. Chase*)

This was eventually settled and Chase paid me damages and we agreed to the correct property mets and bounds,, The late Paul Caltagirone Esq. witnessed this stipulation. (R-Exhibit. 3)  To reduced any confusion, John Kihlmire performed s survey  which was incorporated into the mortgage modification along with corrected metes and bounds.(R-Exhibit. 4)

U.S. Trust sold my mortgage back to Chase on April 22, 2003. But the property described incorrectly on that assignment is that of  a house in the City of Poughkeepsie.

In 2005, before the ink was dry on the mortgage modification, Chase started a  foreclosure, claiming I was short in paying $18.65.   The *lis pendens* accompanying it described the  house in Poughkeepsie. That action was dismissed with prejudice . Because of the confusion created by the Poughkeepsie *lis pendens*, Chase and I stipulated that the property described on the 2005  loan application confirmed by the   Kihlmire survey is the correct one.(R-Exhibit.  5)

In 2007 I took out a reverse mortgage with MetLife Bank. The procedure of a "reverse mortgage" is described in the complaint, but essentially involves borrowing for future advances against one's property which does not have to be repaid until he or she moves, sells or dies. As I testified in my November 2022 deposition by Vanessa Elliott of the title insurance company, this mortgage was quickly negotiated over the telephone, I had no lawyer, and there was no closing. Mr. Delpesche says the 2007 mortgage is attached as his Exhibit C, but that is for a 2009 mortgage,

In around May of 2009 I hired Stephen J. Manning, a real estate broker, to sell excess acres. Mr. Manning found buyers and asked Harry Blye to draw a survey but the surveyor balked, saying (as relayed to me by Mr. Manning) that I did not have clear title because the "abandoned highway" had not been conveyed to Cassidy. Mr. Manning and I went to the DOT office in Poughkeepsie where Mike Parella, then DOT recordws supervisor, told us that there was no State record of the "abandoned highway" being conveyed to Cassidy and I did not own it. [3]

I decided to refinance the 2007 mortgage, again with MetLife.   On June 1, 2009 I wrote Mr. Caltagirone:

> "I am not so trusting of lawyer's promises as you. I have to have it in writing that I can sell excess lands, that is above the house, barn, cottage and 10

---

[3] In the 1930s New York State had moved Route 44 north, leaving a ¼ mile strip about 30 feet wide adjacent to the Cassidy farm.

4

acres minimum zoning) so long as I don't reduce the property value below the loan amount." (R-Exhibit6)

The closing was held in Mr. Caltagirone's office on June 4, 2009. There were three persons in attendance full time (me, Mr. Caltagirone, and a male representing MetLife), and a fourth person part-time, Lisa M. Jones.(Rosendale deposition)

Neither Mr. Caltagirone me  had seen the file prior to that moment.  Ms. Jones did not stay for the mortgage  signing but left for her next closing.  On a HECM mortgage, there are 2 mortgage and 2 notes.

Both Mr. Caltagirone and I objected to the mortgage that Ms. Jones delivered.  It still contained a reference to "the abandoned highway," it still followed the flawed "Feldman" title, and there was no codicil that I could sell excess land. The MetLife lawyer assured me and Mr. Caltagirome  I could sell exceed land. (Rosendale deposition)

*The "abandoned highway proved to be a 'red herring'*

.      After Mr. Caltagirone died,  I  tackled the "abandoned highway" question myself. The Dutchess County tax maps showed me owning 100 acres while the 1985 survey showed 102.  I  incorrectly  surmised that the two acre disparity was the "abandoned highway." In 2019, I met with Jeffrey Dykstra, supervisor of the Dutchess County clerk mapping department giving him the Kihlmire Title/ survey. He found the missing assignrmts from the DOT to the Town of Ameria, from the

5

Town to McEnroe, to Cassidy and me. (R-Composite 7) I have paid taxes on 102 acres since 2019.

I located Mr. Parrella now retired and working as N.Y. licrensed surveyor in Rhinebeck. showing him the DOT>Amenia>McEnroe assignments and the Kihlmire survey. He said the error in our 2009 meeting came because I had given him the wrong year when the road was abandoned.

I asked Mr. Parella to show how me how the 1982 title and the 2005 modification differ. His e-mail report to me as attached as R-Exhibit 8. The redline on Mr. Parrella's sketch shows what Chase and I agreed on were the borders of my property, the blue line is what is shown in the 1982 deed incorrectly incorporated in the 2009 mortgage title. It shows the 1982 and 2009 mortgages does not reflect a 100-wide strip one quarter of a mile long 9as measured by a car odometer). This is the "title problem" which kept Nationstar from its "Type 22" claim.

### Round 2 of 'You Haven't paid your insurance'

In 2000, I bought property insurance with GEICO bundling it with my auto coverage. GEICO in turn obtained the requisite hazard insurance, starting around 2010 with Liberty mutual. The insurance policy issue surfaced in 2017 when I cancelled the Liberty Mutual policy billed through the GEICO Agency and replaced it with a policy directly from Liberty Mutual starting August 5, 2018, with

no lapse in coverage. ( R.Exhibit 10)  is a certificate from Liberty Mutual that there has never been a lapse in my property innsurance.[4]There has never been a lapse in my property insurance and Delpesche Exhibit Q is a Delarations Page showing my policy in full forced from August 5, 2018, prior to thr time of bought redundant forced placed insurance.

Nationstar records accompanying the current  Rule 56 motion indicate it had been aware of the changeover on August 10,  2018 and Nationstar's  records show  that I called the servicer because I "GOT LETTER  NO INS BUT INS  IS UPDTD NEW COMP  COMP LIBERTY MUTUAL OLD COMP FP AGENT." The notation gives the new and old policy numbers.( R-Exhibit 8)

That notwithstanding, Nationstar  threatened me with foreclosure because I was not "insured" and took $2,773 from my line of credit to buy forced placed insurance. The foreclosure threat letters were accompanied  on how to make  a "short sale" to avoid foreclosure, a list of foreclosure counselors, and Serviceman's civil relief act as required by RPP 1303when  borrowers are actully in foreclosurel

On January 2, 2019, I wrote Nationstar that "there are errors in the calculation of withdrawals from my line of credit...associated with this account." Tim Miller of Champion replied stating that "as interest rates change monthly" my request was "considered overbroad." (D-Exhibit W). He  attached  table showing

---

[4] This is an up to date certificate supplementing on sent to Mr. Vaughn in 2022.

$41,500 in LOC deduction by Nationstar, but said he could not account for the other $90,000 in deductions by MetLife. Also attached was a table (R-Exhibit11) showing deductions from my account for Nationstar and MetLife to pay my property taxes and insurance, which would not show on "LOC withdrawals" that I made by faxing demands to the lander. This supplementary chart shows that "forced placed" insurance on my home continuously was purchased continuously on my home between 2013 and 2018 when I had full, continuous coverage via GEIO.    I have been unable to reconcile his chart with other charges and payments and Nationstar says it cannot give me an accounting of what was deducted from my LOC by MetLife. As best I can tell from my bank deposit records, there is an unexplained shortage from my LOC. [5]

***The problem with tax payments - The Dutchess County tax payment schedule***

The payment calendar is explained by the Dutchess County Finance Department at https://www.dutchessny.gov/Departments/Finance/Tax-Collector-Calendar.htm .

My school taxes are due each year in October. I have multiple payment options: I could pay one half of the bill directly to the school district in October 1, or could elect to pay school and property taxes together with his county, town and fire district taxes in March. I am not "in default" until December of a given year. I

---

[5] It is possible that R-Exhibit 11 might be from another borrower with similar tax and insurance amounts and dates mixed into letters to me but that cannot be resolved at this juncture.

can pay those combined taxes with small penalties, up until May 31. If I do not pay

them by June 1, they are transferred to the county tax rolls. I am not "in default"

until December.

In its Rule 56 production, Nationstar says is sent me a 30-day notice which I

have not seen before (D-Exhibit T) dated December 18. On January 23, 2019,

Nationstar sent me a "15-day tax notice" asserting that "failure to pay your taxes

prior to their delinquency date constitutes a default under the terms of your reverse

mortgage." On January 24, 2019, it also sent me another "30-day notice" which I

acknowledged on January 24, 2018, (D-Exhibit t V).On February 11, 2019; I paid

$7,226  and faxed proof to Nationstar that morning.  Nonetheless, Nationstar two

weeks later on February 26, 2019 withdrew $7,265.95 from my line of credit

which  the  Dutchess County Commissioner of Finance rejected because it had

been paid.  (D-Exhibit Z)

.      Nationstar in Mid-May of 2019 then took $7,196 from my line of credit for

"tax payments" without sending me any advance notice,   but then did not pay

them and I incurred a penalty. The money was refunded because there was no tax

due.

On September 2, 2019, I received a letter dated August 23, 2019 from

Champion   (D-Exhibit. CC) stating:

> "We previously sent you notice that we have not received proof that your
> property taxes and/or property insurance…were current….Because we did

9

not receive proof that the property taxes and/or insurance were current, we were required to advance the funds to pay them on your behalf....**The total amount that has been advanced to date on your behalf is $0.00. You must take immediate action to resolve this matter or your loan may be declared 'Due & Payable.'** If your loan is declared 'Due and Payable' it could result in a foreclosure action on your home." [Bold face in original]

It was accompanied by the Exhibits describing the Serviceman's Civil Relief Act, instructions for a "short sale" and a list of counselors for borrowers in foreclosure to consult. These are the necessary attachments for a foreclosure complaint required by Real Property Law 1303.

I immediately "faxed" Exhibits showing that my insurance was paid and taxes not due and thought he the matter resolved. Unbeknownst to me, Nationstar had already taken another $7,473.60 from my line of credit.

In October of 2019, a storm blew down a grove of trees near my home wiping out all power and communications lines. I was unaware my Line of Credit had been largely depleted by Nationstar's premature deduction of $7,473.60 from my line of credit.  The damages exceeded what my hazard insurance covered because it involved telephone poles, farm vehicles and equipment. I applied for money from my credit line, not knowing it had been depleted by the premature tax payment, which was declined, so the request was denied.

R-Exhibit12 is a capsule of the internal e-mail "string" provided by the defendants on discovery concerning the August incident in which Nationstar took

10

the $7,473 from my Line of Credit when no taxes were actually due and I had not

been given any warning. Chandler Williams, a Nationstar vice president asked:

> "From: Chandler Williams Sent: Tuesday, October 8, 2019 6:18 PM To:
> Michael, 'Kauser [Begum] has been waiting for a review of this account and
> the request she submitted to get the tax payment refunded and placed back
> into his LOC balance <u>since this was an error as the taxes were paid early and
> without notice to Mr. Rosendale</u>. Due to this error, Mr. Rosendale has
> received a LOC draw denial and informed me over the phone that they are
> having issues with their property and do not have any power and he is
> needing these funds to help maintain his generator and keep his power
> going…" (Emphasis added.)

In October of 2019, I received a package of Exhibits in response to an

inquiry I had made to the New York Department of Financial Services about these

incidents. There was a letter I had not asked for nor previously seen.  I is attached

here as D-Exhibit 10.It is dated November 10, 2010, some 18 months after the

closing, advising me that the lender "had discovered a clerical error in one of the

Exhibits [I] signed"   --- It is attached here as D-Exhibit F. As discussed in detail in

me memorandum, it is an attempt to fix a problem with the mortgage, which resets

the "base index" on my note "monthly" when the LIBOR rate is published in the

Wall Street Journal on the first day of the month.  That figure is published in the

Journal only on Saturdays, which happens about once a year, not monthly.

***My physicians' concerns about my declining mental health***

I began to have nightmares [6] that a woman from Nationstar was coming to take my home. My oncologist, Dr. David Manus, became    worried about my declining mental state because of the constant barrage of foreclosure threats and referred me to the New York hospital psychiatric department, where I was treated by Stephen Waugh, PMHNP-C, and a psychotherapist. Dr. Waugh's notes (R-Exhibit) show that he "discussed with patient how traumatic the 2 years this threat of losing his he has been, Patient discussed his ongoing panic and anxiety. Discussed at length the content of his nightmares and how it impacts in his on the next day to the point he cannot work."   Dr. Waugh's diagnosis was of "mixed anxiety and depressed mood" and "post traumatic distress disorder" as a consequence of the threats to take my home. (R-Exhibit13)

Defense counsel had also asked an opinion from my personal physician for two decades, Herbert M. Gould, who wrote him (R-Exhibit11):

> "Prior to the 2019 events concerning his reverse mortgage, Mr. Rosendale was a socially active, loquacious, outgoing, emotionally balanced adult. Since then he has become a virtual recluse, with no attempt to communicate with most of his friends. He has shared with me his reluctance to leave his home for days at a time for fear that the woman who appears in his nightmares will come padlock it. The 2019 incidents have had a life-changing effect on his mental health." (R-Exhibit 13).

### The failed Type 22 Claim to HUD

---

[6] Described in the Amended Complaint and on the second day of my deposition by Mr. Vaughn. He has not provided me with a copy of that second day's testimony.

I pay hundreds of dollars in so-called MIP Insurance every month to insure there is never a deficiency why my home is sold; under this policy, the lender can "cash in" the mortgage to HUD and be paid in full.

In January of 2020, after this action was initially filed, I received a "welcome letter" from Novad Management Company indicating that my loan had been sold to HUD, and it was the new servicer on my mortgage. (R-Exhibit 14) Then on March 3, 2020, I received a telephone call that Nationstar that it was continuing as my loan service.) In the discovery process, Nationstar produced Exhibits confirming that it had made a "Type 22" claim on my MIP insurance. R-Exhibit13)

During discovery, I obtained a January 23, letter from Novad to Nationstar stating: "Your request for assignment…has been reviewed and approved." I also obtained a letter from Nationstar to Novad (R-Exhibit 14) titled "Hardest Hit Funds" reading:

> "[Rosendale] is currently participating in the Housing Development Authority and has received assistance to cure the default balance incurred by lender advanced property charges which could include taxes, housing dues and assessments. Additional funds of (amount redacted) have been to be used to pay future property charges of [redacted] years." [7]

---

[7] The "Hardest Hit Fund" is an Obama era program providing emergency funds to homeowners facing foreclosure,  An explanation from the Treasury Department is found at https://home.treasury.gov/data/troubled-assets-relief-program/housing/hhf

In November of 2022, I was contacted by Robinson Leach, a real estate broker representing a neighbor, who wants to buy land from me; I agreed to sell 17 acres for $260,000. (R-Exhibit 15) but that sale has been blocked. Ms. Elliott, purportedly speaking o beheld of the current defendants and PHH, said they will only agree to the sale if I drop my allegations against Nationstar)

In preparing for my response to this motion, I contacted Primary Land Services which had prepared the Title for the 2009 mortgage, which told me the Title was insured by Lawyer's Title of Jacksonville, Fla. (R-Exhibit 16)

## VERIFICATION

I swear under penalty of perjury pursuant to the U.S. Code that statements in this affidavit are true.

Respectfully,

Donald P. Rosendale    Dated: May 30, 2023

# R-Exhibit 1

FORM 551¼  N.Y. DEED—Full Covenant with Lien Covenant

TUTOBLANK REGISTERED U.S. PAT. OFFICE
Turtle Law Print, Publishers, Rutland, Vt.

## This Indenture

LIBER 1272 PAGE 680      680

**Made the** 28ᵗʰ **day of**
**Nineteen Hundred and Sixty-nine**

August
Urwern

JOSEPH F. CASSIDY, Millbrook Road, Amenia, New York

part y  of the first part, and

JOSEPH F. CASSIDY and ANNA M. CASSIDY, his wife, Millbrook Road, New
York

part ies  of the second part,

**Witnesseth** that the part y of the first part, in consideration of --------------
----------------------ONE----------------------Dollar    ($ 1.00    )
lawful money of the United States,    actual consideration
paid by the part ies  of the second part, do      hereby grant and release unto the
part ies of the second part,    their heirs      and assigns forever, all x

ALL that certain piece, parcel or farm of land lying and situate
in the Town of Amenia, Dutchess County, New York, being a part of the
Doul land and formerly occupied by Milton C. Hoag now deceased, bounded
and described as follows, viz: Beginning at the northeast corner of
said farm in the South line of the turnpike and in the west line of
Egbert Barton's land, thence on said Barton's line South 8 1/2° West
22 chains 95 links, thence South 86 1/2° East 13 chains 39 links, thence
South 1/4° East 9 chains 71 links to junction or corner of stone wall,
thence along Bird's line South 65° 50' west 13 chains 64 links, thence
continuing on said Bird's line South 58° 41' West 16 chains 57 links,
thence South 315°30' East 1 chain 6 links on said Bird's line, thence
along the land of James D. Sisson South 74° West 2 chains 38 links to a
stake and stones, thence on said Sisson's line North 5° 10' West 43
chains 9 links, thence North 19° 25' West 1 chain 69 links to a corner
on the southeast side of Turnpike, thence along the southerly side of
turnpike North 40° 15' East 3 chains 76 links, thence North 67° 50'
East 3 chains 45 links, thence North 81° 45' East 1chain 51 links, thence
South 86° East 3 chains 6 links, thence South 78° 30' East 3 chains 40
links, thence South 85° 25' East 9 chains 66 links to the place of be-
ginning, the last six courses following the south line of the turnpike,
containing one hundred (100) acres of land more or less.

BEING the same premises conveyed by Benjamin Shelly and Mary D.
Shelly, his wife to Philip McEnroe by Deed dated January 28, 1884 and
recorded in the Dutchess County Clerk's Office on May 1, 1884 in Liber
217 of Deeds at page 191.

BEING a part of the same premises conveyed by Edward L. McEnroe and
others to Mary A. McEnroe by Deed dated November 2, 1933 and recorded in
the Dutchess County Clerk's Office May 27, 1935 in Liber 545 of Deeds at
page 239.

Mary A. McEnroe didd on November 10, 1957 leaving a Last Will and
Testament which was duly admitted to probate by the Surrogate's Court
of Dutchess County on the 2nd day of December, 1957, in and by which
she devised all her real property to Charles F. McEnroe, the seller
herein.

ALSO ALL that parcel of land as shown on map on file in the Dut-
chess County Clerk's Office bearing No. 2071 entitled State of New York,
Department of Public Works, Division of Highways, District No. 8,
Poughkeepsie, Lithgow-Amenia C.H. 1006-R.C.1790-Dutchess County, and
being the ceded portion thereon designated "abandoned road".

BEING the same parcel of land conveyed by the Town of Amenia to
Charles F. McEnroe by deed dated December 10, 1959 and recorded in the
Dutchess County Clerk's Office in Liber 1015 of Deeds at page 295.

CHARLES F. McENROE died a resident of Dutchess County leaving a
Last Will and Testament dated the 3rd day of April, 1958, in which he
devised all of his real property to Joseph F. Cassidy.

R-Exhibit 2



LANDS OF
*DONALD P. ROSENDALE*
TOWN OF AMENIA, DUTCHESS COUNTY, N.Y.
SCALE 1"=100'        MARCH 30, 2006

# R-Exhibit 3

RECORD AND RETURN:
GELLERT & QUARTARARO, P.C.
75 WASHINGTON STREET
POUGHKEEPSIE, NEW YORK 12601
ATTN: LILLIAN WEIGERT, ESQ.

_____(Space Above This Line For Recording Data)_____

## LOAN MODIFICATION AGREEMENT
### (Providing for Fixed Interest Rate)

This Loan Modification Agreement (the "Agreement"), made as of the 1st day of May, 2003, between Donald P. Rosendale ("Borrower") and JPMorgan Chase Bank ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument") in favor of Chemical Bank dated April 14, 1986, and recorded in Book No. 1560, at Page No. 449, on April 16, 1986 in the Office of the Recorder of Dutchess County, and (2) the Note in the original amount of One Hundred Eighty Thousand Dollars and No/100 ($180,000.00), (the "Note") bearing the same date as, and secured by, the Security Instrument (the Security Instrument and Note collectively referred to as the "Loan Documents"), which cover the real and personal property described in the Security Instrument and defined therein as the "Property" located at :

<u>Route 44, The Oaks, Amenia, New York 12501.</u>
(Property Address)

The real property more particularly described as follows:

[See Legal Description on Schedule A attached hereto and made a part hereof]

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Loan Documents):

1.  As of May 1, 2003, the principal amount payable under the Loan Documents is U.S. One Hundred Thousand and No/100 Dollars ($100,000.00) (the "Unpaid Principal Balance") consisting of the remaining principal amount(s) loaned to the Borrower by the Lender.

2.  The maturity date of the above referenced Note has not been amended from the maturity date as originally described in the Note (the "Maturity Date").

3.  The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at yearly rates as specified below:

     (a) The rate of 5.37% accruing from May 1, 2003 through and including the Maturity Date.

4.  The Borrower promises to make monthly payments of principal and interest as specified below:

     Monthly payments of $559.66 for the payments due from June 1, 2003 through and including the Maturity Date. If on the Maturity Date, the Borrower still owes amounts under the Loan Documents as amended by this Agreement, the Borrower will pay in full the entire amount due on the Maturity Date. Based on the monthly payments of $559.66, it is anticipated that the Borrower will owe Lender a balloon payment of approximately $75, 325.43 on the Maturity Date.

5.  The Lender has agreed to waive the escrow account requirement and allow the Borrower to make all payments of taxes, assessments, hazard insurance, escrow items, impounds, and all other escrow items that the Lender was obligated to make under the Loan Documents. If the Borrower fails to pay any such escrow items when due, the Lender shall have the right to pay such escrow items, seek reimbursement from the Borrower, and reinstate the escrow account requirement pursuant to the original Loan Documents.

1. who resides at Route 44, the Oaks Amenia NY 12501
2. with office at 3415 Vision Drive, Columbus OH 43219
3. with offices at 633 3rd Ave 6th Floor, NY NY 10017
* See attached Exhibit A

provided in this Agreement, the Loan Documents will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. If the original of this Agreement is lost or misplaced, or if there is any obvious inaccuracy in the this Agreement, the Borrower agrees to sign a replacement loan modification agreement reflecting the accurate modified loan terms within ten (10) days after receipt by the Borrower of a written request for such replacement.

8. This Agreement will only become effective upon being signed by Lender.

Witness 1
Print Name: PAUL CALTAGIRONE

Donald P. Rosendale

Witness
Print Name: June L. Close

JPMorgan Chase Bank

By:

Witness 1
Print Name: Chris Schmidt

Name: Eileen A. Lindblom
Title:  Vice President

Witness 2
Print Name: Patricia Donohue

_____ {Space Below This Line for Acknowledgments} _____

STATE OF NEW YORK
COUNTY OF  DUTCHESS

Before me, a Notary Public, in and for said County, personally appeared the above named Donald P. Rosendale who acknowledged that he did sign the foregoing instrument, and that the same is his free act and deed.

In Testimony Whereof, I have hereunto subscribed my name and affixed my official seal at Poughkeepsie, New York, this 14th day of May, 2003.

Lillian S. Weigert
Notary Public

My commission expires:  3/30/2006

LILLIAN S. WEIGERT
NOTARY PUBLIC, State of New York
Reg. No. 4817692
Qualified in Dutchess County
Commission Expires March 30, 19, 2006

STATE OF NEW JERSEY
COUNTY OF BERGEN

Before me, a Notary Public in and for the State of New Jersey, personally appeared Eileen A. Lindblom, to me known and known to be the person who, as a Vice President of JPMorgan Chase Bank, the corporation which executed the foregoing instrument, signed the same, and acknowledged to me that said person did so sign said instrument in the name and on behalf of said corporation as such officer; that the same is that person's free act and deed as such officer, and the free and corporate act and deed of said corporation; and that said person was duly authorized thereunto by its Board of Directors.

In Testimony Whereof, I have hereunto subscribed my name, and affixed my official seal, at Woodcliff Lake, New Jersey, this 14th day of May, 2003.



Lucille M. Tolsdorf
Notary Public

CMMC Ln# 1506050

LUCILLE M. TOLSDORF
Notary Public, State Of New Jersey
Residing In Orange County
Commission Expires July 17, 2007
Registration No. 2250656

2

## SCHEDULE A

### DESCRIPTION

District:          Section:  01-8067      Block:     00      Lot:   428206

Town of      Amenia                  County of    Dutchess

ALL that certain plot, piece or parcel of land, situate, lying and being in the Town of Amenia, County of Dutchess and State of New York, being a part of Deul land and formerly occupied by Milton C. Hoag, now deceased, bounded and described as follows:

BEGINNING at the Northeast corner of said farm in the South line of the turnpike and in the West line of Egbert Barton's land;

RUNNING THENCE on said Barton's line, South 8 1/2 degrees West 22 chains 95 links;

THENCE South 86 1/2 degrees East 13 chains 39 links;

THENCE 14 degrees East 9 chains 71 links to junction or corner of stone wall;

THENCE along Bird's line, South 65 degrees 50 minutes West 13 chains 64 links;

THENCE continuing on said Bird's line, South 58 degrees 41 minutes West 16 chains 57 links;

THENCE South 31 degrees 30 minutes East 1 chain 6 links on said Bird's line;

THENCE along the lands of James B. Sisson's line, South 74 degrees West 2 chains 38 links to a stake and stones;

THENCE on said Sisson's line, North 5 degrees 18 minutes West 43 chains 9 links;

THENCE North 19 degrees 25 minutes West 1 chain 69 links to a corner on the Southeast side of Turnpike;

THENCE along the Southerly side of turnpike, North 40 degrees 15 minutes East 3 chains 76 links;

THENCE North 67 degrees 50 minutes East 3 chains 45 links;

THENCE North 81 degrees 45 minutes East 1 chain 51 links;

## SCHEDULE A

### DESCRIPTION (Continued)

THENCE South 86 degrees East 3 chains 6 links;

THENCE South 78 degrees 30 minutes East 3 chains 40 links;

THENCE South 85 degrees 25 minutes East 9 chains 66 links to the place of beginning, the last six courses following the South line of the turnpike.

ALSO ALL that parcel of land as shown on map on file in the Dutchess County Clerk's Office, bearing No. 2871 entitled State of New York, Department of Public Works, Division of Highways, District No. 8, Poughkeepsie, Lithgrow-Amenia C. H. 1006-R.C. 1790-Dutchess County and being the ceded portion thereon designated abandoned road". — $Ev$ $h$

BEGINNING at a steel pin found set on the Southerly line of Route 44 at the Northerly end of the wire fence, said pin marking the Northeasterly corner of the herein described parcel and the Northwesterly corner of the lands of Joseph E. & Marie Parker as described in Liber 1264 Cp 313;

RUNNING THENCE Southerly along the division line between the lands of Parker and the herein described parcel and partly along the wire fence and stonewall South 7 degrees 49 minutes 03 seconds West 1567.82 feet to steel pin found set in a stonewall corner marking the Southwesterly corner of the lands of Hugh Parker as described in Liber 1525 Cp 241;

THENCE Easterly along the division line between the lands of Parker & Bates on the North with the herein described parcel and along the stonewall South 89 degrees 24 minutes 51 seconds East 405.12 feet to a steel pin found set in a stonewall intersection and South 87 degrees 12 minutes 27 seconds East 481.19 feet to a steel pin set in a stonewall corner;

THENCE continuing Southerly along the division line between the lands of Bates and the herein described parcel and along the stonewall South 0 degrees 47 minutes 39 seconds East 650.64 feet to a point marking the Southeasterly corner of the herein described parcel and a point in the Northerly line of the lands of Bernice M. Murphy as described in Liber 1512 Page 328;

continued

## SCHEDULE A

### DESCRIPTION (Continued)

THENCE Southwesterly along the division line between the lands of B. Murphy on the South with the herein described parcel and along the stonewall and wire fence the following the courses and distances:

South 64 degrees 19 minutes 39 seconds West 424.39 feet;

South 65 degrees 25 minutes 37 seconds West 273.41 feet;

South 67 degrees 46 minutes 04 seconds West 155.34 feet;

South 64 degrees 19 minutes 39 seconds West 54.28 feet;

South 56 degrees 56 minutes 34 seconds West 41.12 feet;

South 61 degrees 10 minutes 49 seconds West 158.40 feet;

South 56 degrees 33 minutes 24 seconds West 222.88 feet;

South 55 degrees 45 minutes 44 seconds West 83.29 feet;

South 62 degrees 11 minutes 24 seconds West 154.38 feet;

South 59 degrees 52 minutes 24 seconds West 257.96 feet;

South 57 degrees 30 minutes 38 seconds West 98.88 feet;

South 54 degrees 16 minutes 14 seconds West 86.76 feet to a point marking the Northwesterly corner of the lands of Bernice Murphy and the corner of the lands of the Metal Improvement Company Inc.;

THENCE Southeasterly along the division line between the lands of the Metal Improvement Company Inc. and the herein described parcel and partly along the remains of the wire fence South 31 degrees 30 minutes 00 seconds East 69.96 feet to a steel pin found in the Westerly line of the lands of Metal Improvement Company Inc.;

THENCE Westerly and Northerly along the division line between the lands of the Turkey Hollow Inc. as described in Liber 1341 Page 099 and the herein described parcel South 74 degrees 00 minutes 00 seconds West 157.08 feet to a steel pin found set in the fence corner marking the Southwesterly corner of the herein described parcel North 6 degrees 02 minutes 00 seconds West 2843.94 feet and North 13 degrees 54 minutes 19 seconds West 209.53 feet to a steel pin found set on the Southerly line of said Route 44 marking the Northwesterly corner of the herein described parcel and the Northeasterly corner of the lands of the Turkey Hollow Inc.;

R-Exhibit 4



(102.6571 acres)

Survey Map
of the lands of

Donald P.
Rosendale

situated in the

Town of Amenia

Raymond J. Kishmire, LLS., P.C.

(Route 44)

R-Exhibit 6

**Donald P. Rosendale**
**4848 Route 44**
**Amenia, NY 12501**
**(845) 373-9017 Fax: (917) 591-6357**
E-Mail: DonPR1@AOL.COM

June 1, 2009

Paul Caltagirone
Sall, Coleman & Caltagirone
Cannon St.
Poughkeepsie, N.Y. 12601

Dear Paul,

    I am not so trusting of lawyer's verbal promises as
you; I want to have it in writing that I can sell excess
land (that is, above the house, barn, cottage and 10 acre
minimum zoning) so long as I don't reduce the property
value below the loan amount. I have always needed feel
secure that in the event (God forbid) that I screwed up and
lost the farmhouse, that I'd have sufficient equity over
the loan so I could just pitch a tent in the fields. I need
to feel secure.

    Sincerely,


    Don Rosendale

# R-Exhibit 7

FORM 86 N.Y. IMRU—Covenant Against Grantor (From a Corporation)
With Lien Covenant (Laws of 1917, Chap. 681, Statutory Form CC)



# This Indenture,

Made the **10th.** day of **December** Nineteen Hundred and **Fifty-nine**

**Between** TOWN OF AMENIA, a municipal corporation with its principal office for the transaction of business at Amenia, Dutchess County, New York, Post Office Address - Amenia, N. Y.

*party of the first part, and*

CHARLES McENROE, Residing in the Town of Amenia, Dutchess County, New York, Post Office Address, Amenia, New York

*part y of the second part;*

**Witnesseth** that the party of the first part, in consideration of -------------------- ONE HUNDRED and 00/100 ----------------- Dollar

($ 100.00 ) lawful money of the United States,

. actual consideration paid by the party of the second part, does hereby grant and release unto the part y of the second part,

his heirs and assigns forever, all those certain lands and premises situate, lying and being in the Town of Amenia, Dutchess County, New York and more particularly bounded and described as follows: to wit:

ALL that parcel of land as shown on map on file in the Dutchess County Clerk's Office bearing No. 2871 entitled State of New York, Department of Public Works, Division of Highways, District No. 8, Poughkeepsie, Lithgow-Amenia C.H. 1006-R.C.1790-Dutchess County, and being the ceded portion thereon designated "abandoned road".

THIS deed is executed and delivered pursuant to a resolution made at a duly called and regularly held meeting of the Town Board of the Town of Amenia, Dutchess County, New York, 28th day of September, 1959 and duly adopted subject to permissive referendum and which, such resolution with notice thereof, was duly published in the Harlem Valley Times, a newspaper published in the Town of Amenia, County of Dutchess on the eighth day of October 1959 and a copy of which was duly posted within the limits of the town as provided by statute; no petition or request pursuant to such notice having been filed with the Town Board and no further action being taken by such Town Board.

R-Exhibit 8

May 15, 2023

To: Mr. Donald Rosendale

Subject: Request a review of current deed of record versus Ray Kihlmire survey map and description.

Mr. Rosendale, I have compared the deed of record for your property (Liber 1591 Page 891) as listed on the Dutchess County Parcel Access and a copy of a survey you provided me with, which was prepared by Ray Kihlmire

My findings are as follows.

The deed of record (Liber 1591 Page 891) appears to generally follow the survey prepared by Ray Kihlmire along the southerly and easterly boundary. Thera are some variations along the westerly and northerly line.

Below is a plot of my findings. The blue line represents the boundary as per Liber 1591 Page 891 description and the red line represent the property as per the Kihlmire survey. As you can see the deed of reference generally agrees with Kihlmire survey along the easterly and southerly boundaries but veers off along the west and northerly line. I have also attached a GIS plot from Dutchess County Parcel Access and you can see that they basically agree with one another.



deed & survey plot

R-Exhibit 9

***Loan Admin - Draw Request rec 12/12/2018 iao $1500.00 Verified form fraud check completed a. draw processed by HWESLEY

Sent Letter: Monthly Mortgage Statement 12/1/2018

Applied 80G iao $11.47 to credit customer due to late statement mailing. CC 29351

COMMENT:TOLD HIM INS UPDTD AND LPI REFUNDED COMMENT:10:10 AM - BCALL: 00001026801542298030 COMMENT:T CB/8453739017 MR ROSENDALE;FIRE;SAYS GOT LETTER NO INS COMMENT:BUT INS IS UPDTD AGENT UPDATE:NEW COMP LIBERTY OLD COMP FP POL AGENT UPDATE:NEW POL # H3722806165270 OLD POL # GAU0009466

COMMENT:OBRPT PT2: LOAN PREVIOUSLY UPDATED; REFUND STATUS COMMENT:COMPLETE.

COMMENT:DOC RCVD DATE: 11/09/2018 COMMENT:MORE CURRENT INSURANCE ON LOAN

AS - MIP/INT applied iao $7.32 for funds received 10/29/2018. Charged to CC 22840

AS - SWBC Funds applied iao $2789 as 81B. 4540 Champion ACH Refunds 11-12-18

COMMENT:REFQ STAT CHG:COMPL -REFUND REQUEST IS COMPLETE AGENT CODE:NEW: 10015 OLD: 10015 COMMENT:GAU0009466 - CANCELLED FOR DI 082618 REFUND:REF $2789.00

COMMENT:CUST FOLLOW UP CREATED - WILL FAX NEW POLICY AGENT UPDATE:NEW COMP FP POL OLD COMP LIBERTY AGENT UPDATE:NEW POL # GAU0009466 OLD POL # H3722806165270

COMMENT:SEND TO REFUND REFUND Q:POL: LIBERTY H37228061652 080518-080519 REFUND Q:DOC: F7GPB62R 110818 / INS: D / DCA: $.00 COMMENT:OBRPT PT1 CALL 8004090733; THE AUTOMATED SYSTEM STATED TO COMMENT:SUBMIT REQUEST TO LIBERTYMUTUAL.COM/MORTGAGE-LIEN; COMMENT:REQUESTED SUBMITTED; COMMENT:9:22 AM - OCALL: 00001050941541773332

***Loan Admin - Posting funds for Insurance coverage type F Policy #GAU0009466  iao $2789.00 effective 08/26/2018 to 08/26/2019

Sent Letter: Monthly Statement 10/7/2018

Sent Letter: Monthly Statement 09-06-2018

08/21 - COMMENT:RECEIVED CANCELLATION FOR NON PAYMENT OF PREMIUM UPDATED

COMMENT:MANUALLY COMMENT:DOC RCVD DATE: 08/13/2018 AGENT CODE:NEW: 10015 OLD: 10015

Sent Letter: Second Annual Occupancy Certificate 8/3/2018

Sent Letter: Second Annual Occupancy Certificate 8/3/2018

Sent Letter: Second Annual Occupancy Certificate 8/3/2018

08/13 - COVERAGE AMOUNT:00037540000 ---> 00038630000

08/08 - COMMENT:DSPN=230 Documents requested

08/10 - COMMENT:HBBNXKYF PCH CHP RECENT DOCEFFDT < CURRENT COMMENT:NEW ES PRM: $2583.00 OLD ES PRM: $1976.00 AGENT UPDATE:NEW COVAMT 000386300 OLD COVAMT 000375400 AGENT UPDATE:NEW NAME LIBERTY MUTUAL OLD NAME LIBERTY MUTUAL INS AGENT UPDATE:PCH LIBERTY MUTUAL INS COVAMT 0000038630000

Sent Letter: Monthly Mortgage Statement  8/7/2018

Sent Letter: Second Annual Occupancy Certificate 8/3/2018

Sent Letter: Second Annual Occupancy Certificate 8/3/2018

Sent Letter: Monthly Mortgage Statement 7/5/2018

06/15 - COMMENT:RWF Document Received

Sent Letter: LOC Draw Approval Letter 6/22/2018

***Loan Admin - Draw Request rec 06/18/2018 iao $250.00 Verified form fraud check completed and LOC draw processed by RSOSA

Sent Letter: First Occupancy Letter 6/8/2018

Sent Letter: Monthly Mortgage Statement 6/6/2018

Sent Letter: Monthly Mortgage Statement 05/07/2018

LOC Mailing Address Update Letter 04-11-2018

R-Exhibit 10



**Liberty Mutual.**
INSURANCE

AUTO | HOME | LIFE

Liberty Mutual Insurance

Customer Service
175 Berkeley Street
Boston, MA 02116
(617) 357-9500
www.libertymutual.com

05/26/2023

PHH Mortgage Services
PO Box 690230
San Antonio, TX 78269-0230

RE: Donald Rosendale's Home Insurance Policy H37-228-061652-70
    Liberty insurance Corporation
       Policy Effective: 08/05/2022 – 08/05/2023

To Whom It May Concern,

I am writing this letter to inform you that Donald Rosendale has an active policy with Liberty Mutual. This policy has been effective since 08/05/2017 with no lapses in coverage.

If you have any questions, please call me at 800-225-8285 and I'll be happy to help you.

Sincerely,

Sophia Jones
Sr. Customer Service Specialist
800-225-8285



# Policy Declarations

## A summary of your homeowners insurance coverage

Thank you for insuring with us. Here is your renewal homeowners policy summary, which is effective as of **06/03/2017**.

**Liberty Mutual**
INSURANCE

### INSURANCE INFORMATION

**Named Insured**
Donald Rosendale

**Mailing Address**
4848 Route 44
Amenia NY 12501-5455

**Insured Location**
Same as Mailing address above

**Policy Number**
H37-221-346341-40

**Policy Period**
06/03/2017-06/03/2018 12:01AM
standard time at the address of the
Named Insured at Insured Location.

### QUESTIONS ABOUT YOUR POLICY?

**By phone**
For service:
1-866-500-8377

**GEICO Insurance
Agency Inc**
1 Geico Blvd
Fredericksburg VA
22412

**To report a claim**
**By phone**
1-800-225-2467

Policy
Declarations

| Premium Summary | | |
|---|---|---|
| Standard Policy with HomeProtector Plus | $ | 3,899.00 |
| Additional Coverages | $ | 54.00 |
| **Total 12 Month Policy Premium** | **$** | **3,953.00** |

Your discounts and benefits have been applied to your total policy premium. Please refer to the **Discounts and Benefits** section for more details.

**THIS IS NOT YOUR HOME INSURANCE BILL.**

## Coverage Information

### Standard Policy with HomeProtector Plus

| Section I Coverages | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling with Expanded Replacement Cost | $ | 397,300 | |
| B. Other Structures on Insured Location | $ | 39,730 | |
| C. Personal Property with Replacement Cost | $ | 297,980 | |
| D. Loss of Use of Insured Location | Actual Loss Sustained | | |



Your policy includes HomeProtector Plus, which provides enhanced coverage in case of a loss. Please see your endorsement for details.

#### Section II Coverages

| | | | |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 300,000 | |
| F. Medical Payments to Others (each person) | $ | 2,000 | |

#### Policy Deductibles

Losses covered under Section I are subject to a deductible of: $1,000
If losses are a result of Wind they are subject to a deductible of: $1,000

| Total Standard Policy with HomeProtector Plus | $ | 3,899 |
|---|---|---|

| Additional Coverages | DEDUCTIBLE | LIMITS | PREMIUM | |
|---|---|---|---|---|
| Incidental Farming Personal Liability | | | $ | 51 |
| Credit Card, Fund Transfer Card, Forgery | $ | 1,000 | $ | 0 |
| Workers Compensation Coverage | | | INCL | |

R-Exhibit 11

 Download     Save a copy to Dropbox    Sign in    

Sign up



**Reverse M**
P.O
**Toll-Free**
**Toll-F**

January 31, 2019


Donald P. Rosendale
4848 Route 44
Amenia, NY 12501

RE:    Champion Mortgage Reference Number – LB-01-19-01776 and LB-
       Mortgagor – Donald P. Rosendale
       Property Address – 4848 Route 44, Amenia, NY 12501
       Loan Number – 1028884

Dear Donald P. Rosendale,

Thank you for reaching out to us. We are looking forward to helping you.

**Why am I receiving this letter?**

We received your letters on January 25, 2019 and January 28, 2019, and ha'
information that we hope will alleviate your concerns.

Champion regrets any misunderstanding regarding the terms of the reve
borrower, are to pay the taxes timely, as there are no Tax and Insurance Set
for the payment of these items. If the taxes are delinquent, Champion may ele
this would be done with any available Line of Credit (LOC) funds. Howeve
the taxes, and all property charges, is yours. A copy of the Mortgage has be
please refer to Section 2 regarding the property charge payment requirement

Our letter dated December 19, 2018 was not a threat to accelerate the debt, a
such. This letter was a notice advising the taxes were delinquent, and cou
placed into a default status, if funds were disbursed by Champion, and th
available to make the disbursement.

Regarding the documents allowing Champion to make the disbursement for L
on October 29, 2018, they are the Loan Agreement and Mortgage.

❖❖    ↓ Download    ❖ Save a copy to Dropbox    ⬁      Sign in      ?

## MORTGAGE

payable to you and Scott Pools, on November 3, 2009, in the amount of $5
required post repair inspection, in the amount of $170.00; this was disburs
Solutions, also on November 3, 2009. The remaining $8,898.00 was deposi
November 3, 2009; this deposit increased the LOC balance from $102,541.33
November 3, 2009 was mailed advising of the aforementioned events.

As the interest rate changes monthly, as agreed upon in the Note, provi
considered overbroad, and outside of the scope of information we are requi
have enclosed copies of the Monthly Statements for the calendar year of 2018,
rates charged for that calendar year.

Our records show a total of 29 LOC withdrawals were made against the loan
November 18, 2009, totaling $41,500.00. We are unable to provide copies o
as Champion was not the loan's servicer at that time. However, we have prov
and amounts disbursed for your records.

| Date | Amount |
|---|---|
| June 17, 2009 | $2,500.00 |
| June 19, 2009 | $1,000.00 |
| June 22, 2009 | $500.00 |
| June 25, 2009 | $1,000.00 |
| July 8, 2009 | $1,000.00 |
| July 14, 2009 | $1,000.00 |
| July 15, 2009 | $1,000.00 |
| July 17, 2009 | $2,500.00 |
| July 24, 2009 | $3,000.00 |
| July 28, 2009 | $1,500.00 |
| August 3, 2009 | $2,000.00 |
| August 7, 2009 | $1,500.00 |
| August 12, 2009 | $1,000.00 |
| August 17, 2009 | $3,500.00 |
| August 21, 2009 | $1,500.00 |
| August 27, 2009 | $1,500.00 |
| September 1, 2009 | $1,000.00 |
| September 9, 2009 | $1,500.00 |
| September 14, 2009 | $2,000.00 |
| September 16, 2009 | $1,000.00 |
| September 21, 2009 | $1,500.00 |

↧ Download        ❖ Save a copy to Dropbox        🗐        Sign in        ⑦

# ▌MORTGAGE

Your correspondence does not specifically advise of the error you believe occ
interest rate charged on the loan balance. If you have a specific error, please
further researched by Champion.

Overall, no errors were identified during the course of our investigation. Yo
documents relied upon in this investigation. We have included those docume

- Mortgage
- Loan Agreement
- Note
- Repair Funds Letter dated November 3, 2009
- Tax Letter dated December 19, 2018
- 2018 Monthly Statements (12)

Please visit our website at www.championmortgage.com for more informatic
to frequently asked questions and a Homeowner Assistance page. C
1.866.621.1036. Our toll-free phone number is 1.855.683.3095. Our Custome
assist you from 7:00 a.m. to 7:00 p.m. (Central), Monday through Thursday a
(Central) on Friday.

I hope this information is helpful and addresses your concerns. If you have an
information I have provided, please contact me directly, using the informatio

Sincerely,

*Tim Mullin*

Tim Mullin
Customer Relations Specialist
Champion Mortgage
P.O. Box 612877
Dallas, TX 75261-9741
Phone: 1.855.683.3095
E-mail: timothy.mullin@championmortgage.com

Enclosures 17
By U.S. Standard Mail

Are you experiencing a financial hardship? Our local non-profit partners can h
and other services.  Please visit these websites for assistance:

- Hud.gov
- www.benefitscheckup.org

 ↓ Download    ❖ Save a copy to Dropbox    Sign in    Sign up     ⃝?

| | | | | |
|---|---|---|---|---|
| no | 01/13/2017 Tax 33 | 2,770.78- | | |
| no | 09/19/2016 Tax 35 | 6,206.96- | | |
| no | 01/15/2016 Tax 33 | 2,860.93- | | |
| no | 12/10/2015 Ins 56 Lender placed Hazard Insura | | 1,235.95- | |
| no | 09/15/2015 Tax 35 | 6,217.07- | | |
| no | 01/16/2015 Tax 33 | 2,885.93- | | |
| no | 01/06/2015 Ins 56 Lender placed Hazard Insura | | 1,277.78- | |
| no | 09/12/2014 Tax 35 | 6,078.57- | | |
| no | 01/21/2014 Tax 33 | 2,877.78- | | |
| no | 12/18/2013 Ins 56 Lender placed Hazard Insura | | 1,652.00- | |
| nc | 09/25/2013 Tax 35 | 5,971.23- | | |

Advances made on behalf of borrower(s)-(Prior):

Advances made on behalf of borrower(s)-(Current):

| Prior Srvcr | Tran Date | Type | Tran Description | Tran Amt |
|---|---|---|---|---|
| no | 03/08/2017 | Ins | 56 Lender placed Hazard Insura | 91.17- |
| no | 02/07/2017 | Ins | 56 Lender placed Hazard Insura | 547.02- |
| no | 01/13/2017 | Tax | 33 | 2,770.78- |
| no | 09/19/2016 | Tax | 35 | 6,206.96- |
| no | 01/15/2016 | Tax | 33 | 2,860.93- |
| no | 12/10/2015 | Ins | 56 Lender placed Hazard Insura | 1,235.95- |
| no | 09/15/2015 | Tax | 35 | 6,217.07- |
| no | 01/16/2015 | Tax | 33 | 2,885.93- |
| no | 01/06/2015 | Ins | 56 Lender placed Hazard Insura | 1,277.78- |
| no | 09/12/2014 | Tax | 35 | 6,078.57- |

Account Number    607013086    Date    12/31/2017    Page  9



DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2166
Dec 8 2017
Pay to the Order of  NYSEG    $200.00
xx Two Hundred    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2166

12/20/2017  2166  $200.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2173
Dec. 11 2017
Pay to the Order of  George Murphy    $80.00
xx Eighty    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2173

12/22/2017  2173  $80.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2167
Dec 10 2017
Pay to the Order of  Starguar    $100.00
xx One hundred    Dollars
Union Savings Bank
For  338090
⑆221172241⑆ 607 013 086⑈ 2167

12/14/2017  2167  $100.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2174
Dec. 16 2017
Pay to the Order of  Arlingn    $114.53
xx One hundred fourten    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2174

12/19/2017  2174  $114.53

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2168
Dec 10 2017
Pay to the Order of  Bank of America    $50.00
xx Fifty    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2168

12/13/2017  2168  $50.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2295
Dec 17 2017
Pay to the Order of  Kathaniel Martin    $40.00
xx Forty    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2295

12/19/2017  2295  $40.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2169
Dec 10 2017
Pay to the Order of  Tender Butters    $24.00
xx Twenty four    Dollars
Union Savings Bank
For  845 789 1732
⑆221172241⑆ 607 013 086⑈ 2169

12/20/2017  2169  $24.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2296
Dec. 19 2017
Pay to the Order of  CASH    $100.00
xx One hundred    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2296

12/21/2017  2296  $100.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2170
December 11, 2017
Pay to the Order of  Dutchess Commission of Finance    $7,290.39
xx Seven Thousand two hundred ninety    Dollars
Union Savings Bank
For  845 789 1732
⑆221172241⑆ 607 013 086⑈ 2170

12/15/2017  2170  $7,290.39

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2297
Dec. 22 2017
Pay to the CASH    $40.00
Forty    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2297

12/26/2017  2297  $40.00

DONALD ROSENDALE
4848 RT 44
AMENIA, NY 12501    2171
Dec 13 2017
Pay to the Order of  Nathaniel Martin    $36.00
xx Thirty six    Dollars
Union Savings Bank
For
⑆221172241⑆ 607 013 086⑈ 2171

12/14/2017  2171  $36.00

R-Exhibit 12



**From:** Michael Kressin <Michael.Kressin@championmortgage.com>
**Sent:** Wednesday, October 9, 2019 3:02 PM
**To:** Elvis Granados <Elvis.Granados@nationstarmail.com>
**Subject:** FW: Request submitted in Escrow SharePoint_Loan 1028884_Deely 1028884 Rosendale


Michael V Kressin, VP
Reverse Mortgage Servicing
O:  469-549-3400|C:  512-296-8969 | F:  214-626-1101
www.championmortgage.com

**From:** Michael Kressin
**Sent:** Wednesday, October 9, 2019 10:38 AM
**To:** Chandler Williams <chandler.williams@mrcooper.com>; Casey Chennankara <Casey.Chennankara@mrcooper.com>;
Phillip Montes <Phillip.Montes@mrcooper.com>
**Cc:** Kauser Begum <Kauser.Begum@championmortgage.com>
**Subject:** RE: Request submitted in Escrow SharePoint_Loan 1028884_Deely 1028884 Rosendale

The loan is being reviewed on what options are available for the LOC advance and will let you know later today.

Michael V Kressin, VP
Reverse Mortgage Servicing
O:  469-549-3400|C:  512-296-8969 | F:  214-626-1101
www.championmortgage.com

**From:** Chandler Williams
**Sent:** Tuesday, October 8, 2019 6:18 PM
**To:** Michael Kressin <Michael.Kressin@championmortgage.com>; Casey Chennankara
<Casey.Chennankara@mrcooper.com>; Phillip Montes <Phillip.Montes@mrcooper.com>
**Cc:** Kauser Begum <Kauser.Begum@championmortgage.com>
**Subject:** FW: Request submitted in Escrow SharePoint_Loan 1028884_Deely 1028884 Rosendale

Michael,

Kauser has been waiting for a review of this account and the request she submitted to get the tax payment refunded
and placed back into his LOC balance since this was an error as the taxes were paid early and without notice to Mr.
Rosendale.

Per Lereta, they contacted the county and they said that there is no refund available as the funds were applied towards
the 2019 taxes.

10/3/2019- Per Lereta: I spoke with Eva at Dutchess County. She stated that there is no refund available on the account
and that Lereta's payment of $7,473.60 was applied to the 2019 delinquent property taxes.

The escalation team closed out the research request for the tax refund of $7,473.60.

8

NS00895

R-Exhibit 13

# HERBERT L GOULD, M.D., FACS
## 90 GREENRIDGE AVENUE
## WHITE PLAINS NY 10605
### (914) 414-5371 HLGould60@gmail.com

August 31, 2022

Anthony Vaugh, Esq.
300 Cadman Plaza West
One Pierrepoint Plaza - 12th Floor
Brooklyn, NY 11201

Dear Mr. Vaughn:

I am the physician described by Dr. Waugh, the mental health professional who examined Donald Rosendale at the recommendation of his oncologist, at New York Hospital, who for many years was the patient's personal physician.

I do not have any "records" as you request because I have retired from the active practice of medicine. While my board certification is ENT I have extensive mental health training from my years as a flight surgeon for the USAF. Until I retired, I was Mr. Rosendale's personal physician for 20 years, and the hospitals still copy me with their reports. Consequently, I have read Dr. Waugh's diagnosis. It is accurate but understated.

Prior to the 2019 events concerning his reverse mortgage, Mr. Rosendale was a socially active, loquacious, outgoing, emotionally balanced adult. Since then he has become a virtual recluse, with no attempt to communicate with most of his friends. He has shared with me his reluctance to leave his home for days at a time for fear that the woman who appears in his nightmares will come padlock it. The 2019 incidents have had a life-changing effect on his mental health.

If I can be of further help, please let me know.

Sincerely,


Herbert L. Gould, MD, FACS

Rosendale, Donald P (MRN 1000627759) DOB: 06/26/1936                    Encounter Date: 09/24/2021

 **Weill Cornell Medicine**

---

**Rosendale, Donald P**                                                                    **MRN: 1000627759**

| | |
|---|---|
| Session 9/24/2021 | Provider: Stephen Waugh, NP (Psychiatry) |
| Weill Cornell Psychiatry | Primary diagnosis: Adjustment disorder with mixed anxiety and depressed mood |
| | Reason for Visit: Psychiatric Evaluation; Referred by Tessa A Chamberlain, NP |

---

Stephen Waugh, NP (Nurse Practitioner)
Psychiatry

**Progress Notes**

Summary:Patient presents presents for initial evaluation.

### PSY FPO INITIAL EVAL OP NYC

This visit was provided to Donald P Rosendale by a secure Telehealth system. The patient was appraised and agreed to have this service via Telehealth.

**Date of Service: 09/24/2021**
**Start Time:** 10:00 AM
**Duration of Appointment:** 60 minutes
**Identification:** Donald Rosendale Rosendale, a 85 year old male, presents for initial evaluation.

**Referring Provider**
| | |
|---|---|
| Provider Name: | Tessa A Chamberlain, NP |
| Specialty: | Hematology/Oncology - Solid Tumor |
| Type: | Nurse Practitioner |
| Address: | 525 East 68th Street, NEW YORK NY 10065 |
| Phone: | 646-962-2072 |
| Fax: | 646-962-1603 |

**Care Team**
| Provider Name | Relationship | Specialty |
|---|---|---|
| David M. Nanus | PCP - MSSP ACO Attributed | |
| David H. Miller | Attending Physician | Cardiovascular Disease |
| Scott T. Tagawa | Attending Physician | Hematology/Oncology - Solid Tumor |
| David M. Nanus | Attending Physician | Hematology/Oncology - Solid Tumor |
| Himanshu Nagar | Attending Physician | Radiation Oncology |

**Chief Complaint**
Psychiatric Evaluation

**History of Present Illness**
GAD 9
PHQ 15

Printed by Saffiyah Lalimohamed at 7/5/2022 1:58 PM                                        Page 1 of 5

07/05/22  14:02:32  NYC Consortium          →          18484565673 The New York and Pre Page 004

Rosendale, Donald P (MRN 1000827759) DOB: 06/26/1936

Encounter Date: 09/24/2021
Stephen Waugh, NP (Nurse Practitioner)
Psychiatry

**Progress Notes (continued)**

An 85-year-old man with a history of prostate cancer presents for psychiatric evaluation for exacerbation of anxiety and depression symptoms. Patient reports no mental health history. Patient reports his mood is largely impacted by the circumstances of his reversed home mortgage. Patient reports he had a car accident in June and has since had nightmares particularly related to losing his home. Patient reports this circumstance is in the process of being resolved providing mental relief with the patient.

Patient reports disturbed sleep. Patient reports no issue with appetite. Discussed results of GAD and PHQ. Pt denies SI/HI/AH/VH. Pt reports no self harm. Pt does not reports or exhibit signs and symptoms of mania, paranoid thoughts. Patient reports  hx of emotional trauma. Patient reports no psych, substance or suicide history in his family.

Patient reports that he lives on a farm by himself patient reports very little social interaction with others. Patient reports he has farmhand spectrum in the afternoon to help. Patient reports some social interaction with people his area but not much.

Provided medication education. Patient to consider Lexapro 5 mg p.o. q.d.. Patient to confer with trusted physician friend.

**Past Psychiatric History:**
Psychiatric History Summary: No hx mania, psychosis, or OCD.  No h/o SI, HI, self-harm or psych hospitalization. Pt has never been in psychiatry or psychotherapy out-patient care.

**Past Medical History**
1. Prostatic cancer                                                              2006
    *treated with XRT + hormones, completed4/07*
2. HTN (hypertension)
3. Coronary artery disease
4. Personal history of radiation therapy

He  has a past surgical history that includes other surgery (7/2005); hernia repair (2006); cabg (3/16/2009); and aortic valve replacement (3/16/09).

**Medications (Reviewed in this Encounter by:  Stephen Waugh, NP)**

| Name | Sig | Status |
|---|---|---|
| 1. Aspirin 81 Mg Tab | 2 Tablets Daily | (Taking) |
| 2. doxazosin 4 Mg Tablet | Take 1 Tablet By Mouth Daily For High Blood Pressure Indications: Benign Enlargement of Prostate | (Taking) |
| 3. Hydrochlorothiazide 12.5 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 4. lisinopril 2.5 Mg Tablet | Take 1 tablet by mouth Daily. Indications: High Blood Pressure Disorder | |
| 5. vardenafil (levitra) 10 Mg Tab | Take 1 Tab by mouth daily as needed for erectile dysfunction. | (Taking) |

07/05/22  14:03:03  NYC Consortium        →        18484565673 The New York and Pre Page 005

Rosendale, Donald P (MRN 1000627759) DOB: 06/26/1936

Encounter Date: 09/24/2021
Stephen Waugh, NP (Nurse Practitioner)
Psychiatry

**Progress Notes (continued)**

## Allergies
1. Milk                                                Nausea/GI Upset
2. Shellfish-Derived Products                          Hives

## Social History

**Social History Narrative**
Patient grew up in Virginia with 1 older brother.  Patient has a master's degree in English.  Patient is retired vice president public affairs for PepsiCo MT WA.  Patient has no children patient is divorced patient lives on a farm outside of the Millbrook NY.  Patient reports limited social and no family support.
He  reports that he has never smoked. He has never used smokeless tobacco. He reports current alcohol use of about 14.0 standard drinks of alcohol per week. He reports previously being sexually active and has had partner(s) who are Female. He reports that he does not use drugs.

## Family History
His family history includes Dementia in his brother; Lung Problems in his brother; No Sig. History in his father and mother.

Review of Systems
Psychiatric/Behavioral: Positive for dysphoric mood. The patient is nervous/anxious.
All other systems reviewed and are negative.

Visit Vitals
Smoking Status        Never Smoker

Mental Status Exam:
Appearance: Stated age
Hygiene/Grooming: Well-groomed.
Dress: Appropriate
Attitude: Patient is Cooperative.
Relatedness: Well
Eye Contact: Good
Attention: Attentive
Psychomotor/Station/Gait: Normokinetic
    Muscle Strength and Tone: Normal
Abnormal Movements: None
Speech: Spontaneous and Fluent
    Language: Grossly intact
    Rate: Normal
    Rhythm/Prosody: Normal
    Volume: Normal
Mood: Stoic
Affect: Dysphoric and Anxious, Nonlabile, Congruent and Flat
Thought Process: Goal-directed
Thought Content:
    Suicidal Ideation: Denies
    Homicidal Ideation: Denies
    Perceptions-Hallucinations: Denies
Insight: Good
Judgement: Good
Impulse Control: Appropriate

Printed by Saffiyah Lalimohamed at 7/5/2022 1:58 PM

Page 3 of 5

07/05/22  14:03:28  NYC Consortium     →     18484565673 The New York and Pre Page 006

Rosendale, Donald P (MRN 1000627759) DOB: 06/26/1936

Encounter Date: 09/24/2021
Stephen Waugh, NP (Nurse Practitioner)
Psychiatry

**Progress Notes (continued)**

Orientation: Time, Place and Person
Level of Consciousness: Alert
Cognitive Functioning/Memory: Grossly Intact

**Assessment/ Plan**
An 85-year-old man with a history of prostate cancer presents for psychiatric evaluation for exacerbation of anxiety and depression symptoms.  Patient reports no mental health history.  Patient reports his mood is largely impacted by the circumstances of his reversed home mortgage.  Patient to consider Lexapro 5 mg p.o. q.d..  Patient to confer with trusted physician friend.  No imminent harm to self or others at this time.
**Diagnosis**: Diagnoses and all orders for this visit:
**Adjustment disorder with mixed anxiety and depressed mood**

**Treatment Plan/Recommendations:**
 Patient not interested in medication intervention at this time
Patient to considered SSRI (Lexapro).  Patient to discuss with physician friend.
Referral to: Accepted into clinic or practice for treatment

Stephen Waugh, NP

**Instructions**
Return in about 4 weeks (around 10/22/2021).
 Patient not interested in medication intervention at this time
 Patient to considered SSRI (Lexapro).  Patient to discuss with physician friend.

AVS - Outpatient (Automatic SnapShot taken 9/26/2021)

**Additional Documentation**

| | |
|---|---|
| Flowsheets: | Patient-Reported Data, Medication Skin Test |
| SmartForms: | NYC AMB PSY PSYCH HISTORY - PATIENT |

**Media From this encounter**
 Electronic signature on 9/22/2021  4:49 PM - E-signed

**Linked Episodes**
 FPO Psychiatry From 9/24/2021 to 10/26/2021

Printed by Saffiyah Lalimohamed at 7/5/2022 1:58 PM                                    Page 4 of 5

07/05/22  14:03:51  NYC Consortium        →        18484565673 The New York and Pre Page 887

Rosendale, Donald P (MRN 1000627759) DOB: 06/26/1936                    Encounter Date: 09/24/2021
**Linked Episodes (continued)**

**Orders Placed**

None

**Medication Renewals and Changes** As of 9/26/2021 1:55 PM

None

**Medication List at End of Visit** As of 9/26/2021 1:55 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Aspirin 81 MG Tab** | | | |
| Take 2 tablets by mouth in the morning.  - Oral | | | |
| Patient-reported medication | | | |
| **doxazosin 4 MG Tablet** | 5 | 5/18/2021 | 1/13/2022 |
| TAKE 1 TABLET BY MOUTH DAILY FOR HIGH BLOOD PRESSURE  Indications: Benign Enlargement of Prostate | | | |
| **HYDROCHLOROTHIAZIDE 12.5 MG Tablet** | 3 | 1/11/2021 | 2/23/2022 |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |
| **lisinopril 2.5 MG Tablet** | 3 | 8/18/2021 | 3/23/2022 |
| Take 1 tablet by mouth Daily. Indications: High Blood Pressure Disorder - Oral | | | |
| **vardenafil (LEVITRA) 10 MG Tab** | 0 | 3/27/2017 | 4/13/2022 |
| Take 1 Tab by mouth daily as needed for erectile dysfunction. - Oral | | | |
| Patient not taking: Reported on 4/12/2022 | | | |

**Visit Diagnoses**

Primary: **Adjustment disorder with mixed anxiety and depressed mood** F43.23

.

R-Exhibit 14

❖ ❖    ↓ Download    ❖ Save a copy to Dropbox    Sign in    Sign up    ⑦

**AMENIA, NY 12501**

Subject:           Welcome Letter
FHA Case #:        371-4056898
Property Address: 4848  ROUTE 44
                  AMENIA, NY 12501

Dear Borrower:

Please note that NOVAD Management Consulting LLC as a contractor for the U.
Development (HUD), is currently servicing your Home Equity Conversion Mortga

All servicing functions will be handled by NOVAD Management Consulting LLC, a
entire staff welcomes you and looks forward to the servicing of your loan.

The terms of your HECM loan will remain unchanged. At the beginning of each m
containing information about your loan. If you are to receive a regular monthly pa
processed on the first business day of every month. Or, if you have a line of credi
"Unscheduled Advance Request Forms" for your use when you would like to requ
Additionally, please forward a copy of your most recent payment of real estate ta
homeowner's insurance.

If you would like to discuss this matter, please call the First Mortgage Servicing D
Monday through Friday, between 7:00 a.m. to 7:00 p.m. Central Standard Time.

If you prefer to respond in writing, please send all correspondence to the followin

NOVAD Management Consulting LLC
Attn: First Mortgage Servicing Department
2401 NW 23rd Street, Suite 1A1
Oklahoma City, OK 73107

Sincerely,

First Mortgage Servicing Department

R-Exhibit 15



January 23, 2020

**Nationstar Mortgage Llc**
**Attn: REVERSE MORTGAGE**
**8950 CYPRESS WATERS BLVD.**
**COPPELL, TX 75019**

| | |
|---|---|
| Subject: | Preliminary Title Approved |
| FHA Case #: | 371-4056898 |
| Borrower Name(s): | DONALD P ROSENDALE |
| Property Address: | 4848  ROUTE 44 |
| | AMENIA, NY 12501 |

Dear Mortgagee:

Your request for assignment of the subject mortgage has been reviewed and approved.  As such, you may proceed with filing your claim for insurance benefits.  Proceed as follows to complete the assignment to HUD.

- Forward the original recorded 1st Mortgage/Deed of Trust
- Forward the original properly endorsed 1st Note
- Record the assignment to HUD with proper recording authority
- Send the recorded original assignment to HUD

The above mentioned items should be sent to the following address:

NOVAD Management Consulting LLC
Attn: Document Custodian
2401 NW 23rd Street, Suite 1A1
Oklahoma City, OK 73107

If you require any additional information, feel free to contact the undersigned at (877) 622-8525.

Sincerely,

Kayla Heath
Title Specialist

Loan Skey: 521087

R-Exhibit 15



# Robinson Leech Real Estate

318 Main Street
Lakeville, CT 06039-1627
Phone 860-435-9891    Fax 860-435-9400

## EXCLUSIVE OR LIMITED PROPERTY LISTING AGREEMENT
## (CONTRACT)

er Name **DONALD ROSENDALE and/or (if applicable)**

:ontract will go into effect on: _10___/_!5___/_2022___ and will remain effective through _04/_30__/_2022.

"^iance with the **STATE OF NEW YORK**, Real Estate Regulations that state that all-listing agreements shall
wꞵiting, I give Robinson Leech Real Estate

         _XX_ EXCLUSIVE RIGHT TO SELL
         _XX_ EXCLUSIVE LISTING
         _____ CO-EXCLUSIVE LISTING with

KꞵION OF MY PROPERTY located at: detached off of ROUTE  44 In AMENIA NEW YORK, ABUTTING
:^NOW/FORMERLY OWNED BY ALA PROPETIES, LLC.

ჂᴛTING OF: APPROXIMATELY 10 ACRES LAND, AS SHOWN ON A MAP OUTLINE THE PARCEL ON
!᠆᠆ᴛHER LANDS OWNED BY THE SELLER. THE GENERAL BOUNDARIES OF SAID LAND, **WITH NO**
I ACCESS ROW FROM RTE 44. A SURVEY MAY BE REQUIRED PRIOR TO ANY CLOSING OF SAID
:ᴛTY FOR SALE. SIZE OF SAID PROPERTY WILL BE WITHIN 15% of the 10 acres represented to be sold.

IᴜᴛIONS: **EXCLUSIVE RIGHT TO SELL listing** means that a commission is paid to the broker of listing record
!᠆᠆᠆s of how the property is sold, if the listing is in effect, unless any excepted people have been listed with the
᠄at the time of listing, or as otherwise agreed in writing attached hereto.

᠆᠆PRESENT that the land PARCEL being listed have had_____, OR have not had__XX__ perc tests
oᴛthem within the last **12 months**.

᠆PRESENT that the land is_____, or, is not___ under any special tax abatement assessment at the time of
ing.

᠄᠆PRESENT that there are_____, ARE NOT ANY____, or I/WE DON'T KNOW ABOUT_____
ᴛᴛent liens/waste dumps, or other encumbrances to this land parcel.

-OVER-

R-Exhibit 16

# PRIMARY LAND SERVICES

**3033 Express Drive North**
**Islandia, New York 11749**
**(631) 864-4460 Fax (631) 864-4436**

**VIA EMAIL to donpr1@aol.com**

February 21, 2023

Don Rosendale
The Oaks Farm
4848 Route 44
Amenia, N.Y. 12501

        Re:  Title # PY21235
             4848 Route 44
             Amenia, New York

Dear Mr. Rosendale:

    We are in receipt of your letter dated February 17, 2023.  It is my understanding that there is pending litigation against the insured Lender by you.  Accordingly, you would need to address any questions/concerns to our underwriter's counsel, Carl Madden Esq ., c/o Fidelity National Title Insurance Company, 601 Riverside Avenue, Building 5, 4th Floor, Jacksonville, Fl 32204.

                                        Very truly yours,

                                        Thomas Gebert