Don Rosendale
4848 Route 44
Amenia, N.Y. 12501
845.373.9017 DonPr1@aol.com

September 11, 2023

Hon. Nelson Roman, USDJ
Hon. Vickie Reznik, U.S. Magistrate Judge
300 Quarropas St.
White Plains, N.Y. 10601

Re: *Rosendale v. Mr. Cooper*, 7-2019-cv-09263

Dear Judges Roman and Reznik:

    I want to express my appreciation to Magistrate Reznik in subtly motivating PHH Mortgage, the successor to Nationstar Mortgage as servicer on my reverse mortgage, to pay my taxes from my funds it held in an escrow.

    The $4,000 tax payment escrow was established by my taking a second mortgage on my home, through a program for elderly reverse mortgage borrower (I am now 87). I had directed that the funds from this loan to be paid held in a "set aside" to pay my property taxes.

    On five different occasions --- via e-mail, U.S. Mail and telephone --- between February and August PHH refused to pay those taxes spinning a tale that it had sent the $4,000 back to "the state. When I asked for the returned funds so I could pay the taxes myself, PHH said it has not been returned but dissipated on some sort of other tax payment.

    Simultaneously, from February to August, PHH bombarded me with letters and telephone calls threatening to foreclose on me for not paying these very taxes. It flatly ignored a QWR I sent on June 10, 2023 directing PHH to pay the tax from the set aside. If did not pay them by the end of November, I would be in default on my mortgage and could lose my home.

    I believe this was a conspiracy by PHH to force me into foreclose, benefitting Nationstar impacting this action.

    In an August conference involving Anthony Vaughn, Esq., counsel for the defendants in this action, Magistrate Reznik

asked Mr. Vaughn to identify someone at PHH I could approach to get the taxes paid.

He said he could not, but when my August 2023 mortgage statement arrived mid-month, *mirabile dictu*, it showed a $4,001 set aside specifically to pay the property taxes on my home; I assume PHH could not conceal these funds when they were on the radar of a U.S. Magistrate judge. However, when I called PHH customer service I was told that the statement was incorrect and there were no funds in escrow to pay my taxes.

Accordingly, on August 21, 2023 I filed a motion for summary judgement in lieu of complaint pursuant to CPLR 3213. Dutchess Supreme Court, *Rosendale v. PHH*, Index 03-2023-035. That action asserted that the PHH mortgage statement was an instrument for payment of money and that PHH should use the funds t to pay the taxes as envisioned.

On August 29,2023 PHH removed the $4,001 set aside my account to "pay taxes" and on August 30, 2023 such taxes were paid,, avoiding the threatened foreclosure.

I am sure this would not have happened without the gentle prodding from Magistrate Reznik.

Respectfully,

*Donald P. Rosendale* s/s/

Donald P. Rosendale