# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

DONALD P. ROSENDALE,

                Plaintiff,                19 **CIVIL** 9263 (NSR)

    -against-                **<u>JUDGMENT</u>**

MR. COOPER GROUP INC. d/b/a
NATIONSTAR MORTGAGE /d/b/a/ Champion
 Mortgage & NATIONSTAR MORTGAGE LLC Directly
and as Loan Servicer for an Unspecified Nationstar HECM
 Acquisition Trust,

                Defendants.

---------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 05, 2024, Defendants' motion for summary judgment is GRANTED, and all claims in this action are DISMISSED against ALL Defendants. Judgment is entered in favor of the Defendants and the case is closed.

**Dated:**  New York, New York
          April 05, 2024

                                          **RUBY J. KRAJICK**

                                              **Clerk of Court**

          **BY:**

                                              **Deputy Clerk**