Don Rosendale
4848 Route 44
Amenia, N.Y. 12501
845.373.9017 DonPr1@aol.com

June 9, 2023

Hon. Nelson Roman
U.S. Magistrate Judge
300 Quarropas St.
White Plains, N.Y. 10601

Re: *Rosendale v. Mr. Cooper*, 7-2019-cv-09263

Dear Judge Roman:

The reason I filed my appeal before waiting for you to decide my post-judgement motions is that Anthony Vaugh, Esq., counsel for Mr. Cooper, in his response argued my Rule 59 motion was really one under Rule 60. The latter does not extend my time to appeal, and if I waited and you endorsed his view, I would have lost that right.

Respectfully,

*Donald Rosendale s/s/*

Donald P. Rosendale

Cc: Anthony Vaughn,Esq.