Donald Rosendale
4848 Route 44
Amenia, N.Y. 12501
845.373.9017 DonPr1@aol.com

```
May 6, 2024

Hon. Nelson Roman
U.S. District Judge
300 Quarropas St.
White Plains, N.Y. 10601

Re: Rosendale v. Mr. Cooper
District Coufg Index7-2019-cv-09263
Court of Appeals Docket 24-1216

Dear Judge Roman:

     I have filed on Appeal to the Second Cictui, together with
an motion seeking IFP status. My case manager at the Court of
Appeals says the IFP motion must be decided by you for it to go
award. I would appreciate your acting on IFP motion at your
early convenience.



Sincerely,

Donald Rosendale s/s/


Donald P. Rosendale
```